

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 27, 2024

2024-1551 - Adnexus Inc. v. Meta Platforms, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance) submitted by Adnexus Inc. is not in compliance with the rules of this court. Within five business days from the date of this notice, please submit a corrected version of this document correcting the following:

- Counsel Charles S. Cotropia listed on the Entry of Appearance has not registered for an electronic filer account with this court's electronic filing system. Fed. Cir. R. 25(a)(2). Refer to the court's [Electronic Filing Procedures](#) ("Attorney Registration") for registration information. A corrected form must be filed. Please file the corrected form once counsel has registered, or remove unregistered counsel from the corrected form.

- The form is incomplete. There is no response to the following section: **Firm/Agency/Org.** All items must provide an answer or include "none" or "N/A" where appropriate. Current versions of all forms are available on the court's website at [Forms.](#) Fed. Cir. R. 47.3(a)(6) (Form 8A, 8B).

- The contact information for Charles S. Cotropia on the form does not match the information associated with the user's account. Please ensure the corrected appearance form contains up-to-date contact information. If that information differs from the information associated with the user's account, please also update that information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

  *Clerk's note: The address, email, and phone number for Charles S. Cotropia on the form do not match the information associated with the user's account.*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk