# United States Court of Appeals for the Federal Circuit

---

**ADNEXUS INC.,**
*Plaintiff-Appellant*

**v.**

**META PLATFORMS, INC.,**
*Defendant-Appellee*

---

2024-1551

---

Appeal from the United States District Court for the Western District of Texas in No. 6:23-cv-00152-JKP, Judge Jason Kenneth Pulliam.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

December 5, 2025
Date

Jarrett B. Perlow
Clerk of Court